**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>*HAROLD A. ACKERMAN*<br>**SENIOR JUDGE** | **UNITED STATES DISTRICT COURT**<br>**POST OFFICE BOX 999**<br>**NEWARK, NEW JERSEY 07101-0999** |

July 2, 2008

Re:   *Alan Grecco v. United States of America*, Crim. No. 89-250

To All Counsel:

    Defendant Alan Grecco filed a motion to reduce sentence in this matter on February 26, 2008. The Government shall reply to Defendant's motion within thirty (30) days of this Order.

    SO ORDERED.

    <u>s/ Harold A. Ackerman</u>
    U.S.D.J.

HAA:rst