# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
*HAROLD A. ACKERMAN*
SENIOR  JUDGE

UNITED STATES DISTRICT COURT
POST OFFICE BOX 999
NEWARK, NEW JERSEY 07101-0999

August 12, 2008

Re:     *Alan Grecco v. United States of America*, Crim. No. 89-250

To All Counsel:

The Court is in receipt of the Government's request for an extension of time to file a response to Defendant Alan Grecco's motion for sentence reduction.  The Government shall file a response no later than September 10, 2008.

SO ORDERED.

s/ Harold A. Ackerman
U.S.D.J.

HAA:rst