UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 89-CR-000250-02 |
| V. | : | ORDER FOR DISBURSEMENT PURSUANT TO FORFEITURE AGREEMENT |
| ALAN GRECCO, | : | |
| Defendant | : | |

BROWN, Chief Judge, U.S.D.C.

RECEIVED
MAR 1 5 2011
AT 8:30
WILLIAM T. WALSH, CLERK

It appearing that:

1. The Court entered an Order on October 24, 1991, which contains the terms of an agreement reached between the Office of the United States Attorney and Defendant, Alan Grecco, regarding the settlement of the forfeiture allegations contained in the Indictment in the within matter;

2. The Order provided that Defendant Grecco was to submit payment in the amount of $100,000.00 to the Clerk of the United States District Court to be placed in an interest-bearing account until the conclusion of any direct appeal of the Judgment of Conviction;

3. The Judgment of Conviction was entered on November 11, 1991, and Defendant filed a Notice of Appeal from the Judgment on November 21, 1991;

4. The Court receipted $100,000.00 from Alan Grecco, on December 6, 1991 pursuant to the forfeiture agreement, and placed the funds into an interest-bearing account; and

5. On May 18, 1993, the United States Court of Appeals for the Third Circuit

entered Judgment which affirmed the District Court Judgment entered November 11, 1991.

THEREFORE, for the reasons set forth above and good cause shown,

IT IS on this ___14TH___ day of March, 2011,

ORDERED THAT pursuant to the Court's Order dated October 24, 1991, the sum of $100,000.00, plus all accrued interest, less any fees charged by the Clerk of the Court pursuant to Local Rule 67.1, shall be paid to the United States Marshal's Service, 50 Walnut Street, Room 2009, Newark, NJ 07102-3506.

_____
GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT